# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD LAWRENCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-01158-LPS |
| v. ) | |
| ) | |
| CORE-MARK HOLDING COMPANY, INC., ) | |
| STUART W. BOOTH, ROCKY DEWBRE, ) | JURY TRIAL DEMANDED |
| LAURA FLANAGAN, ROBERT G. GROSS, ) | |
| SCOTT E. MCPHERSON, DIANE ) | |
| RANDOLPH, HARVEY L. TEPNER, and ) | |
| ROSEMARY TURNER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 13, 2021                                **LONG LAW, LLC**

                                                  By:   */s/ Brian D. Long*
                                                       Brian D. Long (#4347)
                                                     3828 Kennett Pike, Suite 208
                                                     Wilmington, DE 19807
                                                   Telephone: (302) 729-9100
                                                   Email: BDLong@longlawde.com

                                                 *Attorneys for Plaintiff*